

**MANAGING PARTNERS**
**Phillip C. Hamilton, Esq.**
**Lance A. Clarke, Esq.**

August 23, 2023

By ECF

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ekeland v. Binns, Civil Docket No. 1:22-cv-03485-(HG) – Joint Status Report

Dear Judge Gonzalez,

    This letter is written on behalf of the parties in compliance with the Court's July 24th Order (ECF No. 26) for the parties to file a joint status report on the progress of fact discovery.

    To date, the parties have exchanged initial disclosures pursuant to Rule 26(a), and are in the process of reviewing said documentation with counsel. Plaintiff intends to make a settlement demand at some point over the next thirty days as the parties continue forth with serving and responding to interrogatories, and scheduling depositions, which do not appear to be unreasonably voluminous at this point based upon the discovery that has been exchanged thus far.

    The parties will continue discussions with each other in the interim, and apprise the Court of any issues. Please advise the parties if any further information is needed for clarity.

    Regards,


Phillip C. Hamilton, Esq.