UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TOR EKELAND,

           Plaintiff,

-against-

NEW YORK CITY POLICE ("NYPD") DETECTIVE PELOCKA Y. BINNS, in her individual capacity; NYPD DETECTIVE EDWIN EXILHOMME, in his individual capacity;

           Defendants.

No. 22-CV-3485 (HG)

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby serve notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned matter is dismissed with prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: October 19, 2023
       New York, New York

_____
Joseph Zangrilli, Esq.
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
jzangril@law.nyc.gov

*Attorney for Defendants*

      /s/_____
Phillip Hamilton, Esq.
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
ph@hcllplaw.com

*Attorney for Plaintiff*